# EXHIBIT F



There is a newer version of the Nevada Revised Statutes

View our newest version here

# 2010 Nevada Code
# TITLE 14 PROCEDURE IN CRIMINAL CASES
# Chapter 171 Proceedings to Commitment
# NRS 171.095 Limitations for offenses committed in secret manner and offenses constituting sexual abuse of child.

NRS 171.095 Limitations for offenses committed in secret manner and offenses constituting sexual abuse of child.

1. Except as otherwise provided in subsection 2 and NRS 171.083 and 171.084:

(a) If a felony, gross misdemeanor or misdemeanor is committed in a secret manner, an indictment for the offense must be found, or an information or complaint filed, within the periods of limitation prescribed in NRS 171.085, 171.090 and 624.800 after the discovery of the offense, unless a longer period is allowed by paragraph (b) or the provisions of NRS 202.885.

(b) An indictment must be found, or an information or complaint filed, for any offense constituting sexual abuse of a child, as defined in NRS 432B.100, before the victim of the sexual abuse is: