UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER POPOV,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-09001-AB-AJR<br><br>**JUDGMENT FOR DEFENDANT** |

The Court having considered the pleadings, evidence and oral argument presented, memorandums of points and authorities in this case:

**IT IS HEREBY ORDERED** that judgment is entered in favor of Defendant on all of Plaintiff's claims.

**IT IS SO ORDERED.**

Dated: September 5, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

-1-